**DWIGHT C. HOLTON, OSB #09054**
United States Attorney
District of Oregon
**ROBERT D. NESLER, OSB #853790**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204
Telephone: (503) 727-1069
Facsimile Telephone: (503) 727-1187
Internet E-mail Address: bob.nesler@usdoj.gov

FILED
FEB 3 - 2011

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

        Plaintiff,                           CIVIL NO. 10-CV-1350 BR

    v.                                     **CONSENT JUDGMENT**

CHAD BROWN,

        Defendant.

The parties to the above action stipulate and consent to the entry of judgment in favor of the United States Of America, Plaintiff, and against Chad Brown, Defendant, as to Claim 1 in the sum of $48,795.44, inclusive of $34,922.11 principal, plus accrued interest of $13,873.33 through July 31, 2010, and accruing thereafter to date of judgment at the rate of 3.27 percent per annum.

As to Claim 2, the parties to the above action stipulate and consent to the entry of judgment in favor of the United States Of America, Plaintiff, and against Chad Brown, Defendant, in the sum of $73,501.65, inclusive of $62,509.00 principal, plus accrued interest of

PAGE 1 - CONSENT JUDGMENT

$10,992.65 through July 31, 2010, and accruing thereafter to date of judgment at the rate of 3.63 percent per annum.

Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until the paid in full, but without costs to either party.

DWIGHT C. HOLTON
United States Attorney
District of Oregon

_____
ROBERT D. NESLER
Assistant United States Attorney
OSB # 853790
(503) 727-1069
Attorney for Plaintiff United States of America

DATE: 1/28/11

_____
CHAD BROWN
Defendant

DATE: January 27, 2011

IT IS SO ORDERED this 3rd day of February, 2011.

_____
HONORABLE ANNA J. BROWN
UNITED STATES DISTRICT JUDGE

PAGE 2 - CONSENT JUDGMENT